IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CURTIS ALLEN DAVIS
    Reg. No. 09497-017

    Petitioner,
v.                                                                                    Case No. 3:23cv3952/MCR/MAL

WARDEN M.V. JOSEPH,
FCI MARIANNA
_____/

## **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated February 21, 2024.  ECF No. 10.  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's Report and Recommendation, ECF No. 10, is adopted and incorporated by reference in this order.

    2.    Petitioner's *pro se* Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, ECF No. 2, is **DENIED**.

**DONE and ORDERED** this 4th day of June 2024

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No.: 5:23cv130/MCR/MAL